Patrick W. Barnes
2864 University Ave.
San Diego, CA. 92104
(619)-438-4312

In God I Trust

FILED

2008 AUG 28  PM 3: 27

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

NUNC PRO TUNC

AUG 2 7 2008

*Amend "Case #*
_____

| | | |
|---|---|---|
| Patrick W. Barnes | ) | Case # 3:08-cv-1054 |
| Complainant, | ) | " CIVIL RIGHS COMPLAINT " |
| | ) | U.S.C., TITLE 42 |
| v. | ) | Sections 1983 & 1985 |
| Scripps Mercy Hospital, | ) | Medical Malpractice; |
| Chula Vista;  Mark Handy, | ) | Failure to diagnosis; |
| M.D.; Carlos Charalho, M.D.; | ) | Failure to Treat; Medi- |
| Douglas Bates, M.D.; | ) | Cal Fraud Unauthorized |
| Jose Lopez  M.D.; La Jolla | ) | use of Federally Regul- |
| Radiology Laboratory | ) | ated Medication (Radia |
| Respondent. | ) | tion) causing serious |
| | ) | harm and injuries. |

## JURISDITION

Jurisdition in the United States District Court for the Southern District of California is proper in this matter.  All Respondents in this matter leading to this Complaint are Residents in Southern California, City and County of San Diego.

Jurisdiction is also proper in this complainant due to the unathorized use of Radiation for fraudulent purposes a Federally Regulated Medication.

Jurisdiction is also proper in this matter due to a Federal Program (Medi-Cal) a Program in which payment for a fraudulent purpose was attempted and achieved.

## PARTIES

### Complainant

Patrick W. Barnes 2864 University Ave, San Diego, CA. 92104 Call (619)-438-4312
Signature Gatherer; California Initiatives; Voter Registrar, State of California;
Director/Founder, Recovery Support Network, Inc. Charitable Corporation;
Political Parties Volunteer; San Diego Democratic Club (SDDC) Volunteer;  Volunteer
California Non-Profit Corporation's.

1



## Respondents

(1)
Scripps Mercy Hospital
Chula Vista, CA
435 H Street
Chula Vista, CA 91910
Phone: 619-691-7000
(2)
Scripps Clinic Radiology Lab.
 Torrey Pines 10666 N Torrey Pines Rd MC 100C
La Jolla, CA 92037 Call the office at (858) 554-2626.
(3)
Mark Handy, M.D.
Specialty:  Emergency Medicine
Area of Expertise: Emergency Medicine
Education:  Uniformed Services University of the Health Sciences, MD, 1986
Internships:  Naval Hospital - Bremerton, Family Practice
Residencies:  Naval Medical Center, Emergency Medicine
Board Certifications:  American Board of Emergency Medicine, Emergency Medicine, 1994
Biography:  Dr. Handy was board certified in Emergency Medicine in 1994. Dr. Handy received his medical degree from Uniformed Services University in 1986. He served his internship specializing in Family Practice at the Naval Hospital in Bremerton and served his residency specializing in Emergency Medicine at the Naval Hospital in San Diego.
Primary Address: 435 H St CVL 29 ,Chula Vista, CA 91910  Phone (619) 691-7290
(4)
Carlos De Carvalho, MD
Specialty: Internal Medicine
Area of Expertise:  Internal Medicine
Fluency: Portuguese Spanish
Education: Universidad Autonoma De Guadalajara, MD, 1976
Biography: Dr. De Carvalho has been practicing medicine since 1983. Dr. De Carvalho received his medical degree from Universidad Autonoma de Guadalajara in 1976.The physician's office encourages new patient inquiries. Call the office at (619) 422-6158.
Primary Address: 450 Fourth Ave Ste 304 Chula Vista, CA 91910 Phone (619) 422-6158
 (5)
Jose Lopez, M.D.
Specialty: Internal Medicine
Area of Expertise: Cardiovascular Disease Internal Medicine
Fluency: Spanish
Education: Military Medical School, MD, 1978
Internships: Catholic Medical Center of Brooklyn and Queens Inc, Medicine, 1985
Residencies: Catholic Medical Center of Brooklyn and Queens Inc, Medicine, 1986
Fellowships: St Francis Hospital, Cardiology, 1987

Board Certifications: American Board of Internal Medicine, Internal Medicine, 1987
Biography: Dr. Lopez has been practicing medicine since 1988 and was board certified in
Internal Medicine in 1987. Dr. Lopez received his medical degree from Military Medical
School in 1978. He served his internship specializing in Medicine at Catholic Medical
Center of Brooklyn and served his residency specializing in Medicine at Catholic
Medical Center of Brooklyn.The physician's office encourages new patient inquiries. Call
the office at (619) 498-3755.
Primary Address: 1660 Broadway Ste 10 Chula Vista, CA 91911 Phone (619) 498-3755
 (6)
Douglas Bates, MD Specialty:
Diagnostic Radiology Area of Expertise: Radiology Teleradiology
Education: State University of New York at Buffalo School of Medicine, MD, 1984
Residencies: University Hospital of Cleveland, Diagnostic Radiology
Fellowships: University Hospital of Cleveland, Neuroradiology
Board Certifications: American Board of Radiology, Neuroradiology, 1996 American
Board of Radiology, Diagnostic Radiology, 1989
Biography: Dr. Bates is a graduate of Cornell University (BA, '80) and SUNY Buffalo
(MD, '84). His residency training was completed in 1989 at Case Western Reserve
University Hospitals of Cleveland. Post-residency fellowship in Neuroradiology was
done at Cleveland Clinic Foundation. Dr. Bates joined the staff at Scripps in 1991. Call
the office at (858) 554-2626.
Primary Address: Scripps Clinic Torrey Pines 10666 N Torrey Pines Rd MC 100C La
Jolla, CA 92037

# **INTRODUCTION**
## **Evening, June 14, 2007**

(1)      On, June 14, 2007 Patrick W. Barnes, (complainant) was being treated in the
emergency room at Scripps Mercy Hospital in Chula Vista, CA. (respondent) for
complaints of chest pain.

(2)    Mark Handy, M.D. (respondent) was the emergency room physician.

(3)    Mark Handy, M.D. (respondent) examined Patrick W. Barnes (complainant), while
in the Emergency room on that same evening of June 14, 2007.

(4)    Mark Handy, M.D. (respondent) spoke with Patrick W. Barnes (complainant),
about  scheduling further examinations in the morning.

(5)    Mark Handy, M.D. (respondent) while discussing scheduling further examination
also in-formed Patrick W. Barnes (complainant) of his concern about the past medical

records showing Patrick W. Barnes (complainant) signing himself out against doctors orders.

(6)    Mark Handy, M.D. (respondent) requested that Patrick W. Barnes, (complainant) promise that signing out against doctors orders would not be an issue before assigning the case to CarlosDeCarvalho,M.D.,(respondent).

(7)    Patrick W. Barnes, (complainant) promised to Mark Handy, M.D. (respondent) signing-out against medical orders would not take place.

(8)    Mark Handy, M.D. (respondent) informed Patrick W. Barnes (complainant) that Carlos  De Carvalho, M.D. (Respondent) would be speaking with him shortly.

(9)    Patrick W. Barnes (complainant) was assigned and escorted to a hospital room at Scripps Mercy Hospital, Chula Vista, (respondent).

(10)    Carlos De Carvalho, M.D. (respondent) and Patrick W. Barnes (complainant) discuss the examination scheduled for the following morning, June15, 2007.

(11)    Carlos De Carvalho, M.D. (respondent) accrued Patrick W. Barnes (complainant) that the Heart Imaging Stress Test scheduled for the morning of June15, 2007 was a two part test would take approximately three hours, "it is a simple test with know side effects."


## WHY COMPLAINANT IS ENTITLED TO RELIEF
Morning, June15, 2007

(12)    Patrick W. Barnes, (complainant) was woken in assigned hospital room to began first part of the examination (Heart Imaging Stress Test) in the Radiology Laboratory   of   Scripps   Mercy   Hospital   Chula   Vista, (respondent).

(13)    Patrick W. Barnes, (complainant) was returned to his hospital room for rest period after and before starting second part of examination.

(14)    Scripps Mercy Hospital Nurses (respondents) arrived at Patrick W. Barnes (complainant) hospital room, after rest procedure, before beginning part two of the examination (Heart Imaging Stress Test) and delivered Patrick W. Barnes (complainant) to the Radiology Lab to begin part two of the examination (Heart Imaging Stress Test).

(15)    Scripps Mercy Hospital & Three Nurses Assistants (respondents) and Patrick W. Barnes , (Complainant) where the only parties in the Radiology Lab.

(16)    Patrick W. Barnes, (complainant) was instructed by the Assistants (respondents) were to sit while being prepared for the second part of the examination (Heart Imaging Stress Test).

(17)    Scripps Mercy Hospital Nurses Assistants, (respondent) placed a hypodermic needle in the left hand of Patrick W. Barnes (complainant).

(18)    Scripps Mercy Hospital Nurses Assistants, (respondent) and Patrick W. Barnes, (Complainant) the four of use sat waiting in the Radiology Lab for the attending Physician Douglas Bates, MD, (respondent) for about 20min.  Scripps Mercy Hospital Nurses Assistants (respondents) made three more attempts 15min apart to contact the Radiologist Douglas Bates, MD, (respondent) with no success.

(19)    Scripps Mercy Hospital Nurses Assistants (respondents) received a incoming call while waiting in the Radiology Laboratory (respondent), caller unknown to Patrick W. Barnes (complainant). At the end of the conversation with Scripps Mercy Hospital Nurses Assistants (respondents) commented on the conversation, "HE TOLD ME TO GO AHEAD AND DO THE TEST".

(20)    Patrick W. Barnes, (complainant) was directed to sit between the two computers needed for second part of the (Heart Imaging Stress Test).  On the left of Patrick W. Barnes, (complainant) was the computer that dispensed Radioactive Material as explained to me by Scripps Mercy Hospital Nurses Assistants (respondent) while commanding the computer to filing a large tube similar to a large hypodermic to a programmed amount.

(21)    Scripps Mercy Hospital Nurses Assistants (respondent) said the following to Patrick W.   Barnes, (complainant); ("We are about to start the examination don't worry about anything, you will not feel a thing, and there is know side effects")

(22)    Patrick W. Barnes, (complainant) observed Scripps Mercy Hospital Nurses Assistant (respondent) pushing downward on a plunger at the top of the tube containing the Radioactive Medician.

(23)    Patrick W. Barnes, (complainant) immediately after being injected with the Computer Generated Radioactive Medication which traveled through the syringe, earlier inserted, on the left hand of Patrick W. Barnes, (complainant) by Scripps Mercy Hospital Nurses Assistant, (respondent), Patrick W. Barnes, (complainant) went into shock.

(24)    Patrick W. Barnes, (complainant) tried to yell out to the Scripps Mercy Hospital & Three  Nurses Assistants (respondent) to stop the test but due to shock was unable too.

(25)    Patrick W. Barnes, (complainant) was able to observe all of the Three Nurses Assistants (respondent) on the right side of  Patrick W. Barnes, (complainant) back

toward Patrick W. Barnes, (complainant) viewing a computer monitor, excitedly commenting like, (WOW LOOK AT THAT,") ("I'VE NEVER SEEN THAT BEFORE") (WOW    I    DON'T    BELIEVE    WHAT    IM    SEEING").

(26)    Patrick W. Barnes, (complainant) remembers the room began to get dark with star throughout the Radiology Lab at Scripps Mercy Hospital (respondent). Patrick W. Barnes, (complainant) last thought remember was, (" IM GOING TO DIE NOW") at that same moment one single cough escaped from Patrick W. Barnes, (complainant) lungs possibly                     aborting                     the                     procedure (SHUTDOWN).

(27)    Scripps Mercy Hospital Nurses Assistants (respondent) after the apparent shutdown turn and began screaming hysterically asking Patrick W. Barnes, (complainant) what happened.

(28)    Scripps Mercy Hospital Nurses Assistants (respondent) while still hysterical quickly started unplugging material associated with the examination, assisted Patrick W. Barnes, (complainant) into a wheel chair for the return of Patrick W. Barnes, (complainant) hospital room, mumbling and apologizing the hole way.

(29)    Patrick W. Barnes, (complainant) was returned to the floor in which the assigned hospital room was located at Scripps Mercy Hospital Chula Vista, (respondent).

(30)    The Three Nurses Assistants, (respondent) were explaining hysterically to the Charge/Floor Nurses of Scripps Mercy Hospital, (respondent) of what had accrued during the examination of Patrick W. Barnes (complainant) during the said examination at Scripps Mercy Hospital (respondent) in the Radiology Laboratory, (respondent), (Heart Imaging Stress Test).

(31)    Carlos De Carvalho, M.D. (respondent) approximately one hour later visited with Patrick W. Barnes, (complainant) for about 15 seconds in which time Carlos De Carvalho, M.D. (respondent) remarked to Patrick W. Barnes, (complainant), ("WELL EVERYTHING IS FINE I'LL BE RELEASING YOU NOW") turned and exited the hospital room assigned to Patrick W. Barnes, (complainant).

(32)    Patrick W. Barnes, (complainant) was released from the Scripps Mercy Hospital, (respondent) evening of June 15, 2007. While leaving Patrick W. Barnes, (complainant) noticed that all of his teeth were very loose as if there were going to fall-out. Along with a pain similar what you'd think a knife or a sharp object would feel like, in the lower abdomen area.

(33)    Patrick W. Barnes, (complainant) returned into the lobby spoke with an employee medical field about the symptom's Patrick W. Barnes, (complainant) experienced after the examination at Scripps Mercy Hospital in the Radiology Lab (respondent). Patrick

W. Barnes, (complainant) and was informed that these type symptom's happen occasionally but pass in a few hours.

(34)     Patrick W. Barnes, (complainant) shortly after leaving the hospital on the evening of June15, 2007 and upon arrive at the 2800 block of, University Ave, Patrick W. Barnes, (complainant) went into shock from pain associated with the examination at Scripps Mercy Hospital in the Radiology Lab and collapsed onto the sidewalk (Ohio/University Ave.).

(35)     Patrick W. Barnes, (complainant) on the evening of June 15, 2007 was returned to a hospital by ambulance in shock/pain unable to walk lying on the sidewalk at (Ohio/University Ave.).

(36)     Patrick W. Barnes, (complainant) received no treatment or examination only allowed to lie in the emergency room bed and than released when able to move on foot.

(37)     Patrick W. Barnes, (complainant) for the following three weeks the scenarios explained above in lines 34 through 36 continued; except for ADDITIONAL symptoms that where being experienced, such as RADIATION PROCTITIS accompanied with pain, shock, internal bleeding, external bleeding, continual angina, confusion, Suicidal ideation, delirium, SYMPTOMS ASSOCIATED FROM THE HAIR FOSSELS AT THE TOP OF THE HEAD, TO THE NAILS AT THE END OF THE TOES OF COMPLAINANT,       PATRICK       W.       BARNES.

(38)     Patrick W. Barnes, (complainant) remembers twice finding some relief during emergency visits to the hospital[s] was when Mark Handy, M.D. (respondent) without examination prescribed a federally regulated medication that required injection through the anal canal. The prescription was very difficult to find and have filled at any drug stores. The prescription is only used for severe side-effects related to chemotherapy and radiation injuries.

(39)     Patrick W. Barnes, (complainant) again found some relief when a Physician during an emergency room visit explained to Patrick W. Barnes, (complainant), " the reason for no treatment[s] or examination[s] is due to the lack of knowledge of the type of treatment or examination to administer for the type of symptoms that rarely ever have accrued and a specialist is not available, and what ever you need we will assist you with, "JUST       TELL       US       WHAT       YOU       WANT"                  .

(40)     Patrick W. Barnes, (complainant) after the above for a period of time was lead to trauma centers and crisis center in the City and County of San Diego. Patrick W. Barnes, (complainant) experienced additional disabilities directly relating to this complaint.

Patrick W. Barnes, (complainant) lose of employment needed for a below poverty life style, (food, housing, clothing) and other needed essentials for survival.

(41)    Patrick W. Barnes, (complainant) was asked leave San Diego County Research Center, California Non-Profit Corporation an agency in which Patrick W. Barnes, (complainant) worked as a Volunteer for years because of the possible threat of Radiation Contamination.

(42)    Patrick W. Barnes, (complainant) was referred by an associate to Mexico to speak with a hotel owner who's father was also a Cancer Surgeon in Mexico. Patrick W. Barnes, (complainant) took the advice and spoke with the owner of the hotel what followed was a room in a five star hotel in Tijuana, medical examinations and some treatment. Patrick W. Barnes, (complainant) after a little over two months symptoms started healing, bodily function began retuned (bowel movement, urinary infection clearing, along with other severe symptoms).

# STATEMENT OF FACTS
### Evening, June 14, 2007

On, June 14, 2007 Patrick W. Barnes, (complainant) was being treated in the emergency room at Scripps Mercy Hospital, Chula Vista, CA. (respondent) for complaints of chest pain. Mark Handy, M.D. (respondent) was the emergency room physician. Mark Handy, M.D. Examined Patrick W. Barnes while in the Emergency room on that same evening of June 14, 2007.    Mark Handy, M.D., spoke with Patrick W. Barnes about scheduling further examinations in the morning. Mark Handy, M.D while discussing scheduling further examination also in-formed Patrick W. Barnes of his concern about the past medical records showing Patrick W. Barnes signing himself out against doctors orders. Mark Handy, M.D. requested that Patrick W. Barnes, promise that signing out against doctors orders would not be an issue before assigning the case to Carlos De Carvalho, M.D., (respondent). Patrick W. Barnes, promised to Mark Handy, M.D. signing-out against medical orders would not take place. Mark Handy, M.D. informed Patrick W. Barnes that Carlos De Carvalho, M.D. would be speaking with him shortly.
Patrick W. Barnes was assigned and escorted to a hospital room at Scripps Mercy Hospital, Chula Vista, Carlos De Carvalho, M.D. and Patrick W. Barnes discusses the examination scheduled for the following morning, June15, 2007. Carlos De Carvel, M.D. accrued Patrick W. Barnes that the Heart Imaging Stress Test scheduled for the morning of June15, 2007 was a two part test would take approximately three hours, "it is a simple test with know side effects."
Morning, June15, 2007, Patrick W. Barnes, was woken in assigned hospital room to began first part of the examination (Heart Imaging Stress Test) in the Radiology Laboratory of Scripps Mercy Hospital Chula Vista. Patrick W. Barnes was returned to his hospital room for rest period after and before starting second part of examination. Scripps Mercy Hospital Nurses (respondent) arrived at Patrick W. Barnes hospital room,

after rest procedure, before beginning part two of the examination (Heart Imaging Stress Test) and delivered Patrick W. Barnes to the Radiology Lab to begin part two of the examination (Heart Imaging Stress Test). Scripps Mercy Hospital & Three Nurses Assistants (respondent) and Patrick W. Barnes, where the only parties in the Radiology Lab.

Patrick W. Barnes, was instructed were to sit while being prepared for the second part of the examination (Heart Imaging Stress Test). Scripps Mercy Hospital Nurses Assistants placed a hypodermic needle in the left hand of Patrick W. Barnes. Scripps Mercy Hospital Nurses Assistants, and Patrick W. Barnes, sat waiting in the Radiology Lab for the attending Physician Douglas Bates, MD, (respondent) for about 20min...

Scripps Mercy Hospital Nurses Assistants made three more attempts 15min apart to contact the Radiologist Douglas Bates, MD, with no success.
Scripps Mercy Hospital Nurses Assistants received an incoming call while waiting in the Radiology Laboratory (respondent), caller unknown to Patrick W. Barnes. At the end of the conversation with Scripps Mercy Hospital Nurses Assistants commented on the conversation, as follows," HE TOLD ME TO GO AHEAD AND DO THE TEST".
Patrick W. Barnes, (complainant) was directed to sit between the two computers needed for second part of the (Heart Imaging Stress Test). On the left of Patrick W. Barnes, was the computer that dispensed Radioactive Material as explained to me by Scripps Mercy Hospital Nurses Assistants while commanding the computer to filing a large tube similar to a large hypodermic to a programmed amount? Scripps Mercy Hospital Nurses Assistants said the following to Patrick W.  Barnes; ("We are about to start the examination don't worry about anything, you will not feel a thing, and there is know side effects").   Patrick W. Barnes, observed Scripps Mercy Hospital Nurses   Assistant pushing downward on a plunger at the top of the tube containing the Radioactive Medicine.       Patrick W. Barnes, immediately after being injected with the Computer Generated Radioactive Medication which traveled through the syringe, earlier inserted, on the left hand of Patrick W. Barnes, by Scripps Mercy Hospital Nurses Assistant, , Patrick W. Barnes, went into shock.

Patrick W. Barnes, tried to yell out to the Scripps Mercy Hospital & Three Nurses Assistants to stop the test but due to shock was unable too. Patrick W. Barnes, was able to observe all of the Three Nurses Assistants on the right side of Patrick W. Barnes, back toward Patrick W. Barnes, viewing a computer monitor, excitedly commenting like, (WOW LOOK AT THAT,") ("I'VE NEVER SEEN THAT BEFORE") (WOW I DON'T BELIEVE WHAT IM SEEING"). Patrick W. Barnes remembers the room began to get dark with star throughout the Radiology Lab at Scripps Mercy Hospital. Patrick W. Barnes, last thought remember was, (" IM GOING TO DIE NOW") at that same moment one single cough escaped from Patrick W. Barnes, lungs possibly aborting the procedure (SHUTDOWN). Scripps Mercy Hospital Nurses Assistants after the apparent shutdown turn and began screaming hysterically asking Patrick W. Barnes, what happened. Scripps Mercy Hospital Nurses Assistants while still hysterical quickly started unplugging material associated with the examination assisted Patrick W. Barnes, into a wheel chair for the return of Patrick W. Barnes, hospital room, mumbling and apologizing the whole way.

Patrick W. Barnes, (complainant) was returned to the floor in which the assigned hospital room was located at Scripps Mercy Hospital Chula Vista.    The Three Nurses

9

Assistants were explaining hysterically to the Charge/Floor Nurses of Scripps Mercy Hospital, of what had accrued during the examination of Patrick W. Barnes during the said examination at Scripps Mercy Hospital in the Radiology Laboratory, (Heart Imaging Stress Test). Carlos De Carvalho, M.D. approximately one hour later visited with Patrick W. Barnes, for about 15 seconds in which time Carlos De Carvalho, M.D. (respondent) remarked to Patrick W. Barnes, ("WELL EVERYTHING IS FINE I'LL BE RELEASING YOU NOW") turned and exited the hospital room assigned to Patrick W. Barnes.

Patrick W. Barnes, was released from the Scripps Mercy Hospital, evening of June 15, 2007. While leaving Patrick W. Barnes, noticed that all of his teeth were very loose as if there were going to fall-out. Along with a pain similar what you'd think a knife or a sharp object would feel like, in the lower abdomen area. Patrick W. Barnes, returned into the lobby spoke with an employee medical field about the symptom's Patrick W. Barnes, experienced after the examination at Scripps Mercy Hospital in the Radiology Lab. Patrick W. Barnes, and was informed that these type symptom's happen occasionally but pass in a few hours.

Patrick W. Barnes, shortly after leaving the hospital on the evening of June15, 2007 and upon arrive at the 2800 block of, University Ave, Patrick W. Barnes, went into shock from pain associated with the examination at Scripps Mercy Hospital in the Radiology Lab and collapsed onto the sidewalk (Ohio/University Ave.).
Patrick W. Barnes, on the evening of June 15, 2007 was returned to a hospital by ambulance in shock/pain unable to walk lying on the sidewalk at (Ohio/University Ave.). Patrick W. Barnes received no treatment or examination only allowed to lie in the emergency room bed and than released when able to move on foot.

Patrick W. Barnes, for the following three weeks the scenarios explained above in lines 34 through 36 continued; except for ADDITIONAL symptoms that where being experienced, such as RADIATION PROCTITIS accompanied with pain, shock, internal bleeding, external bleeding, continual angina, confusion, Suicidal ideation, delirium, SYMPTOMS ASSOCIATED FROM THE HAIR FOSSELS AT THE TOP OF THE HEAD, TO THE NAILS AT THE END OF THE TOES OF COMPLAINANT, PATRICK W. BARNES.

Patrick W. Barnes, remembers twice finding some relief during emergency visits to the hospital[s] was when Mark Handy, M.D. without examination prescribed a federally regulated medication that required injection through the anal canal. The prescription was very difficult to find and have filled at any drug stores. The prescription is only used for severe side-effects related to chemotherapy and radiation injuries. Patrick W. Barnes, again found some relief when a Physician during an emergency room visit explained to Patrick W. Barnes, "the reason for no treatment[s] or examination[s] is due to the lack of knowledge of the type of treatment or examination to administer for the type of symptoms that rarely ever have accrued and a specialist is not available, and what ever you need we will assist you with, "JUST TELL US WHAT YOU WANT".

Patrick W. Barnes, after the above for a period of time was lead to trauma centers and crisis center in the City and County of San Diego. Patrick W. Barnes, experienced additional disabilities directly relating to this complaint. Patrick W. Barnes, lose of employment needed for a below poverty life style, (food, housing, clothing) and other needed essentials for survival.

Patrick W. Barnes was asked not to return to San Diego County Research Center, California Non-Profit Corporation an agency in which Patrick W. Barnes, worked as a Volunteer for years because of the possible threat of Radiation Contamination. Patrick W. Barnes was referred by an associate to Mexico to speak with a hotel owner whose father was also a Cancer Surgeon in Mexico. Patrick W. Barnes took the advice and spoke with the owner of the hotel what followed was a room in a five star hotel in Tijuana, medical examinations and some treatment. Patrick W. Barnes, after a little over two months symptoms started healing, bodily function began retuned (bowel movement, urinary infection clearing, along with other severe symptoms).

# CONCLUSION

Patrick W. Barnes the Complainant in this matter on June 14, 2007 was rushed to the hospital (SCRIPPS MERCY HOSPITAL, CHULA VISTA) for complaints of chest pain, possibly due to prior heart attacks. While in the hospital, Respondent (Mark Handy M.D.) notice while investigating the Complainant (Patrick W. Barnes) past medical history that their were indications that the complainant was also undergoing treatment for cancer (chemotherapy) the medical records also showing the same, a procedure unacquainted to the complainant (Patrick W. Barnes). There are three Doctors in the San Diego Area able to bill Medi-cal for such procedures all being Respondents in this complaint, (Carlos Charalho, M.D.; Douglas Bates, M.D.; Jose Lopez, M.D.).

The Complainant (Patrick W. Barnes) was then requested to promise not to sign himself out against medical advice of the hospital if further medical examination was scheduled by Respondent (Carlos Charalho, M.D.) assigned by Mark Handy,M.D.; (respondent), Emergcy Room Chief Physician (Respondent) even though no further symptoms of chest pain (Angina) was present.

Both Respondents (Carlos Charalho, M.D. & Mark Handy, M.D.) discussed and agreed to schedule for the following morning a further examination, (Heart Imaging Stress Test), a test that was unnecessary due to prior (Heart Imaging Stress Tests) in the past being preformed on the Complainant (Patrick W. Barnes) with medical records that could have been used for the same purpose. They only advantage for further (Heart Imaging Stress Test) was payment after billing Medi-Cal. Further the type of (Heart Imaging Stress Test) that had been assigned (A Nuclear Procedure) with the use of radiation, a procedure used for a patient that is found unable to participated in the physical treadmill procedure due to a severe physical condition and required by federal regulations a Radiologists presents at all times during the procedure, this not being the case in this complaint lead to a "immediate jeopardy" situation---those in which policies or practices caused or where likely to cause death or serious harm.

The Complainant (Patrick W. Barnes) in this matter finds one of the following to be true that lead to the severe (Radiation Injury) that he suffered/suffering from:  (1) After discrepancies were found while investigating Complainants past medical history further examination where scheduled for the purpose Medi-cal Fraud or/and covering-up a prior medi-cal fraud procedure (chemotherapy) using the Complainants, (Patrick W. Barnes) name a Medi-cal number which submitted to Medi-Cal for payment.  (2) The Complainant (Partick W. Barnes) was scheduled for examination in the same radiology

11

laboratory used for chemotherapy as well as Nuclear Heart Imaging Stress Test and the Equipment used to dispensed Radioactive material for both Nuclear Heart Imaging Stress Test and Chemotherapy was dispensed and injected into the Complainant (Patrick W. Barnes) causing severe radiation injury/damage due to the facts in this matter only materialized due to medical malpractice and Insurance fraud of all the (Respondents) in this complaint.

## DECLARATION

I, Patrick W. Barnes the Complainant in this Complaint swear under Penalty of Perjury the foregoing is true and correct to the best of my Knowledge.

Signed on this 21st Day of August 2008.

Patrick W. Barnes

## Proof of Service Form

**Directions:** A copy of this form shall be appropriately filled out and attached when proof of service or statement of delivery or mailing is required. Use Part 1 and Part 3 for delivery by mail. Use Part 2 and Part 3 for personal delivery.

**Part 1:** Delivery by U.S. Mail: Proof of Service by Mail

I declare that I am over the age of eighteen years and not a party to this action.

My address is _3737  UTAH, SAN DIEGO 92104_. On _8-26-08_,
                                                 (date)

I served the attached _CIVIL RIGHTS COMPLAINT (2 COPIES)_ by placing
                            (name of document)

a true copy enclosed in a sealed envelope with postage fully prepaid in the U.S. mail, addressed as follows:

_To The Clerk_
_United States District Court_
_Southern District of California_
_880 Front Street, #4290_
_San Diego, California, 92101_

**Part 2:** Personal Delivery:

I declare that on _8/26/08_, I personally delivered the attached,
                (date)                       _TO THE CLERK_
_CIVIL RIGHTS COMPLAINT/_      _UNITED STATES DISTRICT COURT_
_AMEND-TITLE 42 #1983-1985_ to _SOUTHERN DISTRICT OF CALIFORNIA_
     (name of document)                   (name of recipient)

at _SAN DIEGO POST OFFICE, NORTH PARKWAY 92104_
          (location)

**Part 3:** I declare under penalty of perjury that the foregoing is true and correct and that

this declaration was executed on _8/26/08_ at
                                  (date)

_San Diego Ca_
(city)

_Philip Lincoln Crandall_      _Philip Lincoln Crandall_
(type or print name)                (signature)