

# United States District Court
# Southern District of California

Complainant(s);   Patrick W. Barnes
vs.
Respondent(s);   Scripps Mercy Hospital; Mark Handy M.D.; Carlos Charalho, M.D
Douglas Bates, M.D.; JoseLopez M.D; La Jolla Radiolgy Labortory

**NUNC PRO TUNC**
**AUG 27 2008**

## MOTION TO PROCEED IN FORMA PAUPERIS

Comes now the and respectfully request this
honorable court to allow them to proceed without prepayment of costs for the following reason(s):

I'am unemployed except for volunteer work at the San Diego Community Reseach Center & San Diego Democratic Club.

I receive a total monthly income of $853.00 from Social Security Disibility Benefit's.

I'am unable to afford the cost of filling fees in this matter, due to the cost of living; ( housing, food, clothing, transportation, and other living expenses).

Patrick W. Barnes
2864 University Ave
San Diego, California 92104
(619)- 438-4312
Patrick-barnes@hotmail.com.

Signature: _Patrick W. Barnes_, August 21, 2008

### CERTIFICATE OF SERVICE
I certify that a copy of the above was mailed, postage prepaid, on August 26, 2008
To: The Clerk of the United States District Court Southern District of California.
Address: 880 Front Street, #4290, San Diego, California 92101

Signature _Patrick W. Barnes_, 8-26-2008

13